

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2014

No. 04-12-00735-CR and 04-12-00736-CR

Albert **NICHOLAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B93-6 and B93-7
Honorable Rex Emerson, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Justice
           Rebeca C. Martinez, Justice
           Luz Elena D. Chapa, Justice

The panel has considered the Appellant's Motion for Rehearing and the motion is DENIED.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court